UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF REMOVAL TO**<br>) **FEDERAL COURT** |
| TCF Banking & Savings, F.A. d/b/a<br>TCF Bank and TCF National Bank, | )<br>)<br>) |
| Defendants. | )<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA; AND PLAINTIFF ABOVE-NAMED.

Defendants TCF Banking & Savings, F.A. d/b/a TCF Bank and TCF National Bank (collectively, "Defendants") by and through their attorneys, Winthrop & Weinstine, P.A., remove this action from the Minnesota District Court, Second Judicial District, Ramsey County, to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1331.

In support of their Notice for Removal, Defendants state as follows:

**Removal Procedure**

1. Plaintiff Jerald Boitnott ("Plaintiff") personally served a Summons and Complaint captioned *Jerald Boitnott vs. TCF Banking & Savings, F.A. d/b/a TCF Bank and TCF National Bank*, State of Minnesota, Second Judicial District, County of Ramsey (the "Complaint") upon Defendants on May 31, 2018. A true and correct copy of the Summons and Compliant is attached hereto as **Exhibit A** as required by

28 U.S.C. § 1446(a). As of the date of this filing, the Complaint has not been filed with the Ramsey County District Court.

2. Defendants have not answered the Complaint, and no further proceedings have taken place in the State Court Action.

3. The Complaint seeks declaratory judgment, injunctive relief, and certain nominal monetary damages and attorneys' fees arising from Defendants' alleged violation of the Americans with Disabilities Act ("ADA").

4. 28 U.S.C. § 1331 states in relevant part:

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5. The Complaint alleges violations of the ADA, which is a law of the United States. This Court therefore has Federal Question Jurisdiction over this matter.

6. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it was filed within thirty days after Defendants received service of Plaintiff's Summons and Complaint.

7. Venue is proper in this Court for removal purposes under 28 U.S.C. §1446(a), as this Court is "the district court of the United States for the district and division" where the State Court Action is pending.

8. Concurrent with the filing of this Notice of Removal, written Notice of Removal is being given to Plaintiff and a copy of a Notice of Filing Notice of Removal is being filed with the Minnesota District Court, Second Judicial District, Ramsey County as

required by 28 U.S.C. §1446(d).  A true and correct copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

9. By this Notice of Removal, Defendants do not waive any objections they may have to this action.  Defendants intend no admissions of fact, law or liability as to Plaintiff's allegations, whether set forth in the Complaint or otherwise, and expressly reserve all defenses, motions, and pleas.

10. WHEREFORE, Defendants hereby give notice that the case *Jerald Boitnott v. TCF Banking & Savings, F.A. d/b/a TCF Bank and TCF National Bank*, is removed from the Second Judicial District, Ramsey County, Minnesota to the United States District Court for the District of Minnesota, pursuant to 28 U.S.C. §§1331, 1441, and 1446, and that all further proceedings shall be held before this Court.

Dated:  June 29, 2018                                WINTHROP & WEINSTINE, P.A.


                                                     By: *s/ Joseph M. Windler*
                                                         Joseph M. Windler, #0387758
                                                         Matthew R. McBride, #0261981
                                                         Chelsea A. Ahmann, #0399146

                                                     225 South Sixth Street
                                                     Suite 3500
                                                     Minneapolis, Minnesota 55402
                                                     (612) 604-6400

                                                     ***Attorneys for Defendants***

15694042v1