# EXHIBIT B

STATE OF MINNESOTA | DISTRICT COURT

COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT

---

Jerald Boitnott,

Plaintiff,

vs.

TCF Banking & Savings, F.A. d/b/a
TCF Bank and TCF National Bank,

Defendants.

**NOTICE OF FILING OF NOTICE OF REMOVAL**

---

Defendants TCF Banking & Savings, F.A. d/b/a TCF Bank and TCF National Bank (collectively, "Defendants"), pursuant to 28 U.S.C. § 1446(d), hereby file a copy of their Notice of Removal filed on June 29, 2018, in the United States District Court for the District of Minnesota (attached hereto as Exhibit 1**)**. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of this Notice of Filing Notice of Removal with this Court, automatically effects the removal of this action to federal court, and the above-captioned action may proceed no further in this Court unless and until such case is remanded.

Dated: June 29, 2018

WINTHROP & WEINSTINE, P.A.

By: *s/ Joseph M. Windler*____________
Joseph M. Windler, #0387758
Matthew R. McBride, #0261981
Chelsea A. Ahmann, #0399146

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
***Attorneys for Defendants***

15694041v1