UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JERALD BOITNOTT, | Case No. 18-CV-1818 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| TCF BANKING & SAVINGS, F.A., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on July 31, 2018 [ECF No. 6],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated:  July 31, 2018

                                            s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge